# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

LANCE THOMASON,

_____
*Plaintiff*

v.

STATE OF WASHINGTON,
COUNTY OF SPOKANE, and
SPOKANE COUNTY JAIL
DETENTION SERVICES,
_____
*Defendant*

)
)
)
)
)
)

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

## Dec 02, 2019

SEAN F. McAVOY, CLERK

Civil Action No.  2:19-cv-00243-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑  other:  IT IS ORDERED that this action is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may
be granted under 28 U.S.C. §§ 1915(e)(2) and 1915A(b)(1).

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge        SALVADOR MENDOZA, JR. _____

Date:  12/2/2019 _____

*CLERK OF COURT*

SEAN F. McAVOY _____

s/ Tonia Ramirez _____
*(By) Deputy Clerk*

Tonia Ramirez _____